FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. DARREN RUBIN

    Plaintiff,

v.

Case No. 8:20-CV-00564-T-23CPT

STERLING KNIGHT
PHARMACEUTICALS, LLC, et al.

**FILED UNDER SEAL**

    Defendants.
_____/

### NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME

In its last Order, dated November 25, 2020, the Court indicated that the Government must make its intervention decision on or before January 29, 2021, and that no further extensions of time would be granted. The Government's investigation has not been completed and, as such, the United States is not able to decide, as of the Court's deadline, whether to proceed with the action. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. However, the Government's investigation will continue.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their

reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Respectfully submitted,

**MARIA CHAPA LOPEZ**
United States Attorney

**BRIAN M. BOYNTON**
Acting Assistant Attorney General

**Jamie A. Yavelberg
Natalie A. Waites
Danielle L. Sgro**
Attorneys, Civil Division
U.S. Department of Justice
175 N Street, NE
Washington, DC 20002
Tel: (202) 305-3911
danielle.l.sgro@usdoj.gov


*/s/ Michael R. Kenneth*
**Michael R. Kenneth**
Assistant United States Attorney
Florida Bar No. 44341
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
(813) 274-6000
Email:Michael.Kenneth@usdoj.gov

Dated: January 29, 2021